CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO SBN 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178

Attorneys for Plaintiffs
YOUNAN SAFAR
LINDA SAFAR
Y & S ENTERPRISES, INC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNAN SAFAR, LINDA SAFAR, Y & S ENTERPRISES, INC, <br><br>Plaintiffs, <br><br>vs. <br><br>KINDER MORGAN ENERGY PARTNERS, L.P.; KINDER MORGAN LIQUIDS TERMINALS LLC; KINDER MORGAN TANK STORAGE TERMINALS LLC; and DOES 1 through 25, inclusive, <br><br>Defendants. <br><br>AND RELATED CROSS ACTION | Case No.: CV10-7171 SJO (PLAx) <br><br>**ORDER RE: STIPULATION TO DISMISS PLAINTIFFS' CERCLA CLAIMS AGAINST ALL DEFENDANTS AND ORDER FOR REMAND TO STATE COURT.** <br><br>**ASSIGNED TO:** <br>Honorable S. James Otero <br><br>cc: order, docket, remand letter to Los Angeles Superior Court, South District, San Pedro, No. NC 043674 |

Having considered the parties' Stipulation to Dismiss without prejudice the CERCLA claims (Eighth Cause of Action) brought by Plaintiffs YOUNAN SAFAR, LINDA SAFAR and Y & S ENTERPRISES, INC in their Complaint as to all defendants, and finding good cause therefor:

**IT IS HEREBY ORDERED** that all defendants are dismissed without prejudice from the CERCLA claims brought by Plaintiffs in their Eighth Cause of Action of the complaint. There no longer is an exclusive Federal question and the Parties stipulate that the case be remanded back to State Court, Los Angeles Superior Court, South Judicial District Case No. NC043674 Department 88C assigned to Judge Roy Paul.

DATED: July _25_, 2011

_____
HONORABLE S. JAMES OTERO
Judge, United States District Court

**Curd, Galindo & Smith, L.L.P.**
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fx: (562) 624-1178